George S. KRAJIAN

v.

Barbara HACKEY et al.

No. 80–116–Appeal.

Supreme Court of Rhode Island.

Dec. 11, 1980.

Aram K. Berberian, Warwick, for plaintiff.

Robert B. Gates, Providence, for defendants.

### ORDER

In this case we issued an order directing the plaintiff to appear before us on December 1, 1980, and show cause why his appeal should not be dismissed.

The plaintiff or his counsel failed to appear on the aforesaid date, and since no cause has been shown, the plaintiff's appeal is denied and dismissed.